**B1 (Official Form 1)(4/10)**

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Millennium Real Estate Services, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>13-4002400 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>112 Nottingham Road<br>Bedford Hills, NY<br>ZIP Code 10507 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Westchester | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>30 Tilly Foster Road and<br>2241 Route 6<br>Brewster, NY 10509 | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

THIS SPACE IS FOR COURT USE ONLY

| Voluntary Petition  *(This page must be completed and filed in every case)* | Name of Debtor(s):  Millennium Real Estate Services, LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)         (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Millennium Real Estate Services, LLC |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Dawn Kirby Arnold**
Signature of Attorney for Debtor(s)

Dawn Kirby Arnold
Printed Name of Attorney for Debtor(s)

Rattet Pasternak, LLP
Firm Name

550 Mamaroneck Avenue
Suite 510
Harrison, NY 10528
Address

(914) 381-7400  Fax: (914) 381-7406
Telephone Number

June 1, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Peter Iovino**
Signature of Authorized Individual

Peter Iovino
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

June 1, 2011
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re: Millennium Real Estate Services, LLC
Debtor(s)

Case No.
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| John M. Tarantelli<br>1166 Peekskill Hollow Road<br>Carmel, NY 10512 | John M. Tarantelli<br>1166 Peekskill Hollow Road<br>Carmel, NY 10512 | | Disputed | 100,000.00 |
| Brian M. Higbie, Esq.<br>37 Odell Avenue<br>Suite 2F<br>Yonkers, NY 10701 | Brian M. Higbie, Esq.<br>37 Odell Avenue<br>Suite 2F<br>Yonkers, NY 10701 | Legal Services Rendered | Disputed | 36,120.26 |
| Hogan & Rossi<br>1441 Route 22<br>Suite 204B<br>Brewster, NY 10509 | Hogan & Rossi<br>1441 Route 22<br>Suite 204B<br>Brewster, NY 10509 | Legal Services | | 35,526.09 |
| Insite Engineering Surveying & Landscape Architecture P.C.<br>3 Garrett Place<br>Carmel, NY 10512 | Insite Engineering Surveying & Landscape Architecture P.C.<br>3 Garrett Place<br>Carmel, NY 10512 | Engineering services | | 13,566.00 |
| JFM Architect<br>6 Homer Drive<br>Brewster, NY 10509 | JFM Architect<br>6 Homer Drive<br>Brewster, NY 10509 | Architectural drawings | | 10,000.00 |
| A. A. Branca & Co.<br>700 Summer Street<br>Suite 1K<br>Stamford, CT 06901 | A. A. Branca & Co.<br>700 Summer Street<br>Suite 1K<br>Stamford, CT 06901 | Accounting Services Rendered | | 9,000.00 |
| Turnerson Electric<br>4036 Route 55<br>Pawling, NY 12564 | Turnerson Electric<br>4036 Route 55<br>Pawling, NY 12564 | Electrical Services | | 5,000.00 |
| Kent Countryside Nursery<br>61 Ludington Court<br>Carmel, NY 10512 | Kent Countryside Nursery<br>61 Ludington Court<br>Carmel, NY 10512 | Landscaping Services Rendered to Scavo Contracting | Disputed | 4,637.80 |
| Tim Miller Associates, Inc.<br>10 North Street<br>Cold Spring, NY 10516 | Tim Miller Associates, Inc.<br>10 North Street<br>Cold Spring, NY 10516 | Consulting | | 1,123.95 |
| Brewster Central Schools<br>Susan Tobacco, Receiver<br>PO Box 415<br>Brewster, NY 10509 | Brewster Central Schools<br>Susan Tobacco, Receiver<br>PO Box 415<br>Brewster, NY 10509 | 2010-11 School Taxes | | 1,042.87 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Millennium Real Estate Services, LLC                     Case No.
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  June 1, 2011                         Signature  /s/ Peter Iovino
                                                      Peter Iovino
                                                      Managing Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: Millennium Real Estate Services, LLC, Debtor

Case No. _____

Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Christopher Kearney<br>79 Orchard Hill Road<br>Carmel, NY 10512 | Member | 11% | |
| Grace Kearney<br>79 Orchard Hill Road<br>Carmel, NY 10512 | Member | 11% | |
| John V. Crecco<br>13 Concordia Drive<br>Mahopac, NY 10541 | Member | 3.5% | |
| Mary Lisa Dutra<br>3 Fulop Lane<br>Mahopac, NY 10541 | Member | 3.5% | |
| Peter DeMarco<br>65 Minerva Drive<br>Yonkers, NY 10710 | Member | 5% | |
| Peter Iovino<br>112 Nottingham Road<br>Bedford Hills, NY 10507 | Member | 50% | |
| Robert Egan<br>46 Kayla Lane<br>Mahopac, NY 10541 | Member | 5% | |
| William Kearney<br>12 Birch Street<br>Pearl River, NY 10965 | Member | 11% | |

___0___ continuation sheets attached to List of Equity Security Holders

In re   Millennium Real Estate Services, LLC                    ,   Case No. _____
                                        Debtor

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   June 1, 2011                          Signature  /s/ Peter Iovino
                                                       Peter Iovino
                                                       Managing Member

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                         18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re  Millennium Real Estate Services, LLC       Case No.
                         Debtor(s)                Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: June 1, 2011        /s/ Peter Iovino
                          Peter Iovino/Managing Member
                          Signer/Title

A. A. BRANCA & CO.
700 SUMMER STREET
SUITE 1K
STAMFORD, CT 06901


AROB REALTY HOLDINGS LLC


AROB REALTY HOLDINGS LLC
P.O. BOX 23
BREWSTER, NY 10509


AROB REALTY HOLDINGS, LLC
P.O. BOX 23
BREWSTER, NY 10509


BREWSTER CENTRAL SCHOOLS
SUSAN TOBACCO, RECEIVER
PO BOX 415
BREWSTER, NY 10509


BRIAN M. HIGBIE, ESQ.
37 ODELL AVENUE
SUITE 2F
YONKERS, NY 10701


CHRISTOPHER AND GRACE KEARNEY
9 ORCHARD HILL ROAD
CARMEL, NY 10512


CHRISTOPHER KEARNEY
79 ORCHARD HILL ROAD
CARMEL, NY 10512


COMMISSIONER OF FINANCE
40 GLENEIDA AVENUE
CARMEL, NY 10512


ERIK HANSON
462 MILLTOWN ROAD
HOLMES, NY 12531


GRACE KEARNEY
79 ORCHARD HILL ROAD
CARMEL, NY 10512

GUTTRIDGE & CAMBARERI, P.C.
303 SOUTH BROADWAY
SUITE 100
TARRYTOWN, NY 10591


HOGAN & ROSSI
1441 ROUTE 22
SUITE 204B
BREWSTER, NY 10509


HUDSON VALLEY BANK
21 SCARSDALE ROAD
TUCKAHOE, NY 10707


INDY EQUITIES LLC
76 OLD BYRAM LAKE ROAD
ARMONK, NY 10504


INSITE ENGINEERING SURVEYING &
LANDSCAPE ARCHITECTURE P.C.
3 GARRETT PLACE
CARMEL, NY 10512


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


IRWIN J. KAVY, ESQ.
573 NORTH BEDFORD ROAD
BRIARCLIFF MANOR, NY 10510


JAMES P. BLOSE, ESQ.
GRIFFEN,COOGAN,BLOSE&SULZER PC
51 PONDFIELD ROAD
BRONXVILLE, NY 10708


JFM ARCHITECT
6 HOMER DRIVE
BREWSTER, NY 10509


JOHN M. TARANTELLI
1166 PEEKSKILL HOLLOW ROAD
CARMEL, NY 10512

```
JOHN M. TARANTELLI
C/O WILLIAM SHILLING, JR., ESQ
105 GLENEIDA AVENUE
CARMEL, NY 10512


JOHN MURO
28 OAK RIDGE ROAD
NORTH SALEM, NY 10560


JOHN V. CRECCO
13 CONCORDIA DRIVE
MAHOPAC, NY 10541


KENT COUNTRYSIDE NURSERY
61 LUDINGTON COURT
CARMEL, NY 10512


MADELINE IOVINO
35 CARMINE DRIVE
MAHOPAC, NY 10541


MARY LISA DUTRA
3 FULOP LANE
MAHOPAC, NY 10541


NYS DEPT OF TAX & FINANCE
BANKRUPTCY/SPECIAL PROCEDURE
P.O. BOX 5300
ALBANY, NY 12205


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004


PETER DEMARCO
65 MINERVA DRIVE
YONKERS, NY 10710


PETER IOVINO
112 NOTTINGHAM ROAD
BEDFORD HILLS, NY 10507


PETER IOVINO
```

PUTNAM COUNTY DEPT OF FINANCE
40 GLENEIDA AVENUE
CARMEL, NY 10512


ROBERT EGAN
46 KAYLA LANE
MAHOPAC, NY 10541


THE WRIGHT LAW FIRM
KEVIN WRIGHT, ESQ.
220 ROUTE SIX, PO BOX 733
MAHOPAC, NY 10541


TIM MILLER ASSOCIATES, INC.
10 NORTH STREET
COLD SPRING, NY 10516


TOPA ASSOCIATES FOUR
76 OLD BYRAM LAKE ROAD
ARMONK, NY 10504


TOWN OF SOUTHEAST
TAX RECEIVER
1360 ROUTE 22
BREWSTER, NY 10509


TURNERSON ELECTRIC
4036 ROUTE 55
PAWLING, NY 12564


URSTADT BIDDLE PROPERTIES INC
AS ASSIGNEE OF ERIK HANSEN
321 RAILROAD AVENUE
GREENWICH, CT 06830


WILLIAM KEARNEY
12 BIRCH STREET
PEARL RIVER, NY 10965

# United States Bankruptcy Court
## Southern District of New York

In re   Millennium Real Estate Services, LLC                    Case No.
                                    Debtor(s)                   Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Peter Iovino, declare under penalty of perjury that I am the Managing Member of Millennium Real Estate Services, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 10th day of December, 2010.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Peter Iovino, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Peter Iovino, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Peter Iovino, Managing Member of this Corporation is authorized and directed to employ Dawn Kirby Arnold, attorney and the law firm of Rattet Pasternak, LLP to represent the corporation in such bankruptcy case."

Date   June 1, 2011                         Signed   /s/ Peter Iovino
                                                     Peter Iovino

Resolution of Board of Directors
of
Millennium Real Estate Services, LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Peter Iovino, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Peter Iovino, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Peter Iovino, Managing Member of this Corporation is authorized and directed to employ Dawn Kirby Arnold, attorney and the law firm of Rattet Pasternak, LLP to represent the corporation in such bankruptcy case.

| Date | June 1, 2011 | Signed | /s/ Peter Iovino, Managing Member |
|---|---|---|---|
| Date | | Signed | |